

Chambers of
**RICHARD C. TALLMAN**
United States Circuit Judge

Telephone: (206) 224-2250

July 6, 2009

Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re: **Calendar Year 2008 Filing**

Dear Judge Baldock:

This letter is in response to the Committee's inquiry dated June 17, 2009, requesting additional information in order to close my 2008 report.

With regard to the assets listed in Part VII, page 4, lines 6-8, your letter states that individual transaction information should be listed in Column D. As previously noted, in July 2008 a portion of two funds (lines 3-4) within the Prudential Retirement Funds were sold. The proceeds were reallocated and invested at that time among the three new funds shown on lines 6-8 in the approximate Value Codes of K to each fund. Due to the decline in the stock market, the values at year end were as shown in column C(1).

I hope this explanatory letter provides the necessary information to close my report for 2008.

Sincerely,

Richard C. Tallman
United States Circuit Judge

**Tallman_Richard_C**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Tallman, Richard C. | 2. Court or Organization<br><br>U.S. Court of Appeals 9th Cir. | 3. Date of Report<br><br>4/29/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>William K. Nakamura U.S. Courthouse<br>1010 Ffith Avenue, Suite 902<br>Seattle, WA 98104-1130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Board Member | Chief Seattle Council, Boy Scouts of America |
| 2. Member | Northwestern University School of Law Advisory Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -5 A 10: 54 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 4/29/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Schweppe, Krug & Tausend (Former Law Firm Final Distribution on Dissolution) | $1,946.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | City of Seattle Police Department |
| 2. 2008 | Washington State Department of Retirement Systems |
| 3. 2008 | Prudential Insurance Company |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Brooklyn Law School | April 4-6, 2008 | Brooklyn, NY | Moot Court | Transportation, Lodging, Meals |
| 2. Northwestern University School of Law | April 10-12, 2008 | Chicago, IL | Law Board | Transportation, Lodging, Meals |
| 3. University of California, Davis, Law School | April 19, 2008 | Davis, CA | Moot Court | Transportation, Lodging, Meals |
| 4. University of Montana Law School | May 16-17, 2008 | Missoula, MT | Commencement Address | Transportation, Lodging, Meals |
| 5. ABA Tax Section | Sept. 11-12, 2008 | San Francisco, CA | CLE | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 4/29/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | - 4/29/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Retirement Funds: | | None | M | T | | | | | |
| 2. - PIMCO Total Return Instl. Fund | | | M | T | | | | | |
| 3. - Dodge & Cox Stock Fund (see Part VIII, note I) | | | J | T | Sold (part) | 07/08 | L | | |
| 4. - Hotchkis & Wiley Small- Cap Value Fund (see Part VIII n. I) | | | J | T | Sold (part) | 07/08 | K | | |
| 5. - Euro Pacific Growth Fund | | | K | T | | | | | |
| 6. - Vanguard Inst'l Fund (see Part VIII, note I) | | | L | T | | | | | |
| 7. - Dreyfus Sm Cap Index (see Part VIII, note I) | | | K | T | | | | | |
| 8. - Vanguard Admiral Money Market (see Part VIII, note I) | | | M | T | | | | | |
| 9. Wells Fargo Bank. Checking/Savings accts | A | Interest | J | T | Open | 11/08 | J | | |
| 10. Seattle City Credit Union, checking and savings accounts | A | Interest | J | T | | | | | |
| 11. WAMU (now JP Morgan/Chase) check/savings accts | B | Interest | L | T | | | | | |
| 12. Vanguard Group Funds: | | None | N | T | | | | | |
| 13. - Vanguard 500 Index | | | L | T | | | | | |
| 14. - Vanguard Explorer | | | L | T | | | | | |
| 15. - Vanguard Social Index | | | K | T | | | | | |
| 16. - Vanguard GNMA | | | L | T | | | | | |
| 17. - Vanguard High-Yield Corporate | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 4/29/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Vanguard International Growth | | | K | T | | | | | |
| 19.   - Vanguard Total Bond Market Index | | | | | Sold | 10/13 | M | | |
| 20.   Aetna Universal Life Ins | | None | J | T | | | | | |
| 21.   MetLife Flexible Premium Life Ins.: | | None | J | T | | | | | |
| 22.   - Equity Inc. | | | J | T | | | | | |
| 23.   - Growth | | | J | T | | | | | |
| 24.   - Voyager | | | J | T | | | | | |
| 25.   Bank of America, Checking & Savings accounts (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, lines 3 & 4:  Portion of portfolio reallocated to Vanguard Inst'l Fund, Dreyfus Sm Cap Index Fund, and Vanguard Admiral Money Market.

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 4/29/2009 |

## IX. CERTIFICATION.

     I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

     I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544